**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul D. Pratt
Pamela G. Pratt**
Debtor(s)

Bankruptcy Case No.: 19−20173−CMB
Related to Doc. No. 35
Chapter: 13
Docket No.: 36 − 35

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 24th of February, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/11/22.**

                                                        Carlota M. Bohm
                                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Paul D. Pratt  
Pamela G. Pratt  
    Debtors

Case No. 19-20173-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 24, 2022      Form ID: 408v      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul D. Pratt, Pamela G. Pratt, 216 Grant Street, Greensburg, PA 15601-1937 |
| 15009670 | + | Arvest Bank, c/o Sharon L. Stolte, 4600 Madison Ave., Ste. 1000, Kansas City, MO 64112-3042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14978173 | | Email/Text: bankruptcy@arvest.com | Feb 24 2022 23:36:00 | Arvest Bank, Attn: Bankruptcy, Po Box 11110, Fort Smith, AR 72917 |
| 14978172 | | Email/Text: bankruptcy@arvest.com | Feb 24 2022 23:36:00 | Arvest Bank, Pob 799, Lowell, AR 72745 |
| 14978176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14978174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:03 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14978175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:11 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:36:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14978178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:17 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14978179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15017358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:18 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14978180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14978181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:36:58 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:07 | Citibankna, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Feb 24 2022 23:37:07 | Citibankna, Po Box 769006, San Antonio, TX 78245-9006 |
| 14978184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14978185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:06 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14978187 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14983409 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14978188 | + | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14985931 | + | Email/Text: dplbk@discover.com | Feb 24 2022 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15015147 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012802 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:36:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979165 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:37:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978190 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14978189 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14989328 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14978191 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:36:53 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14978192 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:37:11 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14978186 | | Discover Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978177 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: 408v | Total Noticed: 32 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2022             Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2022 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
  on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Lauren M. Lamb
  on behalf of Debtor Paul D. Pratt
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
  on behalf of Joint Debtor Pamela G. Pratt
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
  on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7