**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   PAUL D. PRATT
   PAMELA G. PRATT
         Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
      Movant
   vs.
No Respondents.

Case No.:19-20173

Chapter 13

Document No.:

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/14/2019 and confirmed on 3/1/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 70,200.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,400.00 | |
|    Trustee Fee | 3,371.54 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,771.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 6265 | 0.00 | 37,642.52 | 0.00 | 37,642.52 |
| QUICKEN LOANS LLC FKA QUICKEN LOAN<br>Acct: 6265 | 33.10 | 33.10 | 0.00 | 33.10 |
| | | | | 37,675.62 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PAUL D. PRATT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| ARVEST BANK<br>Acct: 0221 | 15,485.49 | 6,269.60 | 0.00 | 6,269.60 |
| PORTFOLIO RECOVERY ASSOCIATES, LL<br>Acct: 2293 | 9,837.91 | 3,983.06 | 0.00 | 3,983.06 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 7386 | 5,147.27 | 2,083.98 | 0.00 | 2,083.98 |
| LVNV FUNDING LLC<br>Acct: 0594 | 4,479.31 | 1,813.54 | 0.00 | 1,813.54 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 5350 | 220.92 | 89.44 | 0.00 | 89.44 |
| CITIBANK**<br>Acct: 7986 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 5434 | 4,630.50 | 1,874.75 | 0.00 | 1,874.75 |
| DISCOVER PERSONAL LOANS**<br>Acct: 4256 | 15,623.60 | 6,325.52 | 0.00 | 6,325.52 |
| DISCOVER BANK(*)<br>Acct: 3337 | 6,542.94 | 2,649.04 | 0.00 | 2,649.04 |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,639.81 | 663.91 | 0.00 | 663.91 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: 8588 | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8588 | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | 25,752.84 |

TOTAL PAID TO CREDITORS                                                                63,428.46

TOTAL CLAIMED
PRIORITY            0.00
SECURED            33.10
UNSECURED      63,607.75

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PAUL D. PRATT
    PAMELA G. PRATT
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:19-20173

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20173-CMB
Paul D. Pratt     Chapter 13
Pamela G. Pratt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul D. Pratt, Pamela G. Pratt, 216 Grant Street, Greensburg, PA 15601-1937 |
| 15009670 | + | Arvest Bank, c/o Sharon L. Stolte, 4600 Madison Ave., Ste. 1000, Kansas City, MO 64112-3042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 24 2022 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14978173 | | Email/Text: bankruptcy@arvest.com | Feb 24 2022 23:36:00 | Arvest Bank, Attn: Bankruptcy, Po Box 11110, Fort Smith, AR 72917 |
| 14978172 | | Email/Text: bankruptcy@arvest.com | Feb 24 2022 23:36:00 | Arvest Bank, Pob 799, Lowell, AR 72745 |
| 14978176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14978174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14978175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:12 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 24 2022 23:37:03 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14978178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:18 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14978179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15017358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:36:59 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14978180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:36:59 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14978181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:19 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:06 | Citibankna, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 19-20173-CMB    Doc 38    Filed 02/26/22    Entered 02/27/22 00:28:15    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2022 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 24 2022 23:36:59 | Citibankna, Po Box 769006, San Antonio, TX 78245-9006 |
| 14978184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:07 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14978185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2022 23:37:17 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14978187 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14983409 | | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14978188 | + | Email/Text: mrdiscen@discover.com | Feb 24 2022 23:35:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14985931 | + | Email/Text: dplbk@discover.com | Feb 24 2022 23:36:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15015147 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2022 23:36:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012802 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2022 23:37:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979165 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2022 23:37:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978190 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14978189 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14989328 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 24 2022 23:36:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14978191 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:37:09 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14978192 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2022 23:37:09 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14978186 | | Discover Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978177 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2     User: auto     Page 3 of 3
Date Rcvd: Feb 24, 2022     Form ID: pdf900     Total Noticed: 32

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2022         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Paul D. Pratt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Pamela G. Pratt julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7