IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| | ) Case No. 19-20173 CMB |
| Paul D. Pratt | ) Chapter 13 |
| Pamela G. Pratt, | ) Docket No. |
| *Debtors* | ) |
| | ) |
| Paul D. Pratt | ) |
| Pamela G. Pratt, | ) |
| *Movants* | ) |
| | ) |
| *No Respondent(s)* | ) |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 1, 2019 at docket numbers 17 and 18 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

March 1, 2022                                             /s/ Paul D. Pratt_____
Date                                                              Debtor


March 1, 2022                                             /s/ Pamela G. Pratt_____
Date                                                              Debtor

                                                      Respectfully submitted,

March 3, 2022                                    /s/ Lauren M. Lamb
DATE                                                   Lauren M. Lamb, Esquire
                                                     Attorney for the Debtor

                                                   STEIDL & STEINBERG
                                                   707 Grant Street
                                                   Suite 2830, Gulf Tower
                                                   Pittsburgh, PA 15219
                                                   (412) 391-8000
                                                   llamb@steidl-steinberg.com
                                                   PA I.D. No. 209201

PAWB Local Form 24 (07/13)