**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul D. Pratt | Social Security number or ITIN  xxx–xx–8271 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Pamela G. Pratt | Social Security number or ITIN  xxx–xx–0377 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–20173–CMB

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Paul D. Pratt                                                Pamela G. Pratt

_4/12/22_                                                    **By the court:** <u>Carlota M. Bohm</u>
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                            Case No. 19-20173-CMB
Paul D. Pratt                                                                                  Chapter 13
Pamela G. Pratt
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2              User: auto              Page 1 of 3
Date Rcvd: Apr 12, 2022      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul D. Pratt, Pamela G. Pratt, 216 Grant Street, Greensburg, PA 15601-1937 |
| 15009670 | + | Arvest Bank, c/o Sharon L. Stolte, 4600 Madison Ave., Ste. 1000, Kansas City, MO 64112-3042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 13 2022 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 12 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Apr 13 2022 03:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14978172 | | Email/Text: bankruptcy@arvest.com | Apr 12 2022 23:38:00 | Arvest Bank, Pob 799, Lowell, AR 72745 |
| 14978173 | | Email/Text: bankruptcy@arvest.com | Apr 12 2022 23:38:00 | Arvest Bank, Attn: Bankruptcy, Po Box 11110, Fort Smith, AR 72917 |
| 14978176 | + | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14978174 | + | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14978175 | + | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998332 | | EDI: CAPITALONE.COM | Apr 13 2022 03:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14978178 | + | EDI: CITICORP.COM | Apr 13 2022 03:33:00 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14978179 | + | EDI: CITICORP.COM | | |

Case 19-20173-CMB   Doc 44   Filed 04/14/22   Entered 04/15/22 00:27:04   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 13 2022 03:33:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15017358 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14978180 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14978181 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978183 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citibankna, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978182 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citibankna, Po Box 769006, San Antonio, TX 78245-9006 |
| 14978184 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14978185 | + | EDI: CITICORP.COM | | |
| | | | Apr 13 2022 03:33:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14978187 | | EDI: DISCOVER.COM | | |
| | | | Apr 13 2022 03:33:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14983409 | | EDI: DISCOVER.COM | | |
| | | | Apr 13 2022 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14978188 | + | EDI: DISCOVER.COM | | |
| | | | Apr 13 2022 03:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14985931 | + | EDI: DISCOVERPL | | |
| | | | Apr 13 2022 03:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15015147 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 12 2022 23:45:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201828 | | EDI: PRA.COM | | |
| | | | Apr 13 2022 03:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012802 | | EDI: PRA.COM | | |
| | | | Apr 13 2022 03:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979165 | + | EDI: RECOVERYCORP.COM | | |
| | | | Apr 13 2022 03:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978190 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 12 2022 23:38:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14978189 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 12 2022 23:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14989328 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 12 2022 23:38:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14978191 | + | EDI: RMSC.COM | | |
| | | | Apr 13 2022 03:33:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14978192 | + | EDI: RMSC.COM | | |
| | | | Apr 13 2022 03:33:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14978186 | | Discover Bank |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978177 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Lauren M. Lamb
on behalf of Debtor Paul D. Pratt
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Pamela G. Pratt
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8