**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    PAUL D. PRATT<br>    PAMELA G. PRATT<br>          Debtor(s)<br><br>    Ronda J. Winnecour<br>          Movant<br>          vs.<br>    No Repondents. | Case No.:19-20173<br><br>Chapter 13<br><br>Document No.:    35<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this _____12th_____ day of _____April_____, 20 _22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/12/22 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-20173-CMB |
|---|---|
| Paul D. Pratt | Chapter 13 |
| Pamela G. Pratt | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul D. Pratt, Pamela G. Pratt, 216 Grant Street, Greensburg, PA 15601-1937 |
| 15009670 | + | Arvest Bank, c/o Sharon L. Stolte, 4600 Madison Ave., Ste. 1000, Kansas City, MO 64112-3042 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 23:46:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 12 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14978173 | | Email/Text: bankruptcy@arvest.com | Apr 12 2022 23:38:00 | Arvest Bank, Attn: Bankruptcy, Po Box 11110, Fort Smith, AR 72917 |
| 14978172 | | Email/Text: bankruptcy@arvest.com | Apr 12 2022 23:38:00 | Arvest Bank, Pob 799, Lowell, AR 72745 |
| 14978176 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:46:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14978174 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:46:01 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14978175 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:45:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14998332 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2022 23:45:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14978178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:45:57 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14978179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:46:13 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15017358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:46:13 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14978180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:46:13 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14978181 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:45:57 | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978183 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2022 23:46:05 | Citibankna, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14978182 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | Apr 12 2022 23:46:05 | Citibankna, Po Box 769006, San Antonio, TX 78245-9006 |
| 14978184 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 12 2022 23:46:05 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14978185 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 12 2022 23:46:13 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 14978187 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 12 2022 23:38:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14983409 | Email/Text: mrdiscen@discover.com | | |
| | | Apr 12 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14978188 | + Email/Text: mrdiscen@discover.com | | |
| | | Apr 12 2022 23:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14985931 | + Email/Text: dplbk@discover.com | | |
| | | Apr 12 2022 23:38:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15015147 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 12 2022 23:46:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15201828 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2022 23:45:55 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15012802 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2022 23:46:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14979165 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Apr 12 2022 23:45:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978190 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 12 2022 23:38:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14978189 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 12 2022 23:38:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14989328 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 12 2022 23:38:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14978191 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2022 23:45:59 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14978192 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2022 23:46:08 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14978186 | | Discover Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14978177 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-2                        User: auto                                    Page 3 of 3
Date Rcvd: Apr 12, 2022                     Form ID: pdf900                               Total Noticed: 32

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Paul D. Pratt |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Joint Debtor Pamela G. Pratt |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | |
| | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8