Fill in this information to identify the **Fill in this information to identify the case:**

Debtor 1    Paul D. Pratt

Debtor 2    Pamela G. Pratt

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   19-20173 CMB

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Last 4 digits** of any number you use to identify the debtor's account: 6265

**Court claim no.** (if known): 3

**Date of payment change:**
Must be at least 21 days after date of this notice     12/1/19

**New total payment:**     $993.28
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $271.35       New escrow payment: $ 277.97

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

Official Form 410S1                 **Notice of Mortgage Payment Change**                   page 1
246

| Debtor(s) | Paul D. Pratt, and Pamela G. Pratt | Case number (*if known*) 19-20173 CMB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ James C. Warmbrodt**                    Date  11/4/19
   Signature

| Print: | James C. Warmbrodt   ATT ID: 42524 | Title | Attorney for Creditor |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

Company  KML Law Group, P.C.

Address  701   Market Street, Suite 5000
         Number   Street
         Philadelphia,                PA    19106
         City                         State  ZIP Code

Contact phone  (215) 627–1322        Email  JWarmbrodt@kmllawgroup.com